UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

```
                                              :
DIVINE ALLAH,                                 :
                                              :       ORDER
                              Plaintiff,      :
                                              :       04 Civ. 6717 (SAS)
                                              :
         - against -                          :
                                              :
GLENN S. GOORD, Commissioner of               :
the Department of Correctional Services,      :
individually and in his official capacity;    :
WILLIAM PHILLIPS, Superintendent              :
of Green Haven Correctional Facility,         :
individually and in his official capacity;    :
Correctional Officer "John" SIMMONS,          :
"John" being a fictitious first name,         :
individually and in his official capacity;    :
Correctional Officer, "John"                  :
FERGUSON, "John" being a fictitious           :
first name, individually and in his official  :
capacity; CARL KOENIGSMANN,                   :
M.D., Medical Director of Green Haven,        :
individually and in his official capacity;    :
and NEW YORK STATE                            :
DEPARTMENT OF CORRECTIONAL                    :
SERVICES,                                     :
                                              :
                              Defendants.     :
```
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

  The Pro Se Office is hereby directed to send plaintiff, Divine Allah, a Rule 4 service package forthwith so that he may effect service on defendant John Simmons through the United States Marshals. The Office of the Attorney General

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09

for the State of New York has informed this Court that it will accept service on behalf of defendant Simmons, who remains on military duty but is currently stationed in Florida.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
November 16, 2009

## - Appearances -

**Plaintiff (Pro Se):**

Divine Allah
#99-A-1557
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

**For Defendants:**

Julia H. Lee
Assistant Attorney General
 of the State of New York
120 Broadway, 24th Floor
New York, NY 10271
(212) 416-6234